AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
| Chad GALIK (USC) | ) Case No. |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **March 2, 2021** in the county of **Webb** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1324 (a)(1)(A)(ii) and (v)(I) | Knowing and in reckless disregard of the fact that an alien had come to, entered, and remained in the United States in violation of law, did transport and move and attempted to transport and move and conspired to transport and move such alien within the United States by means of transportation and otherwise in furtherance of such violation of law. |

This criminal complaint is based on these facts:

See attachment "A".

☑ Continued on the attached sheet.

/S/ Jesus Perez III
*Complainant's signature*

Jesus Perez III, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 03/04/2021

*Judge's signature*

City and state: Laredo, Texas

Diana Song Quiroga, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT "A"

I, Jesus Perez III, a Homeland Security Investigations (HSI) Special Agent (SA), have knowledge of the following facts derived, in part, from either my personal observations, my training and experience, and/or information obtained from other agents and witnesses:

On March 2, 2021, a United States (U.S.) Customs and Border Protection (CBP), Office of Border Patrol (OBP) Agent (BPA) assigned to the Laredo, Texas (TX) immigration checkpoint located near mile marker 29 on Interstate Highway 35 (IH-35) conducted an immigration inspection on the driver of a red tractor pulling a white refrigerated trailer (reefer). The driver, later identified as Chad GALIK, claimed to be a U.S. citizen. A BPA asked GALIK consent to perform a Non-Intrusive Inspection (NII) to which he replied "ok". As per BPAs, the NII revealed what appeared to be human bodies inside the trailer. BPAs opened the door of the trailer and discovered sixty-nine (69) people inside. BPAs conducted an immigration inspection and determined the people inside the trailer were Undocumented Non-Citizens (UNCs) illegally present in the U.S. During the immigration inspection, the BPA observed the interior temperature of the trailer was 68.7 degrees Fahrenheit. HSI SAs responded to conduct post-arrest interviews.

GALIK was read his Miranda rights in the English language, acknowledged his rights and agreed to speak to SAs without the presence of an attorney. During questioning, GALIK requested the presence of an attorney. The interview of GALIK was terminated.

HSI Laredo interviewed all UNCs who stated they did not see the driver. UNCs stated they were transported to the trailer but did not see the place or the surrounding area where the tractor trailer was waiting for them.

One UNC, Ramon MUNOZ-Guzman was held as material witness. MUNOZ-Guzman, a citizen and National of Mexico, stated his family made arrangements with an unknown subject to be smuggled into the U.S. for nine thousand ($9,000) U.S. Dollars (USD). MUNOZ-Guzman stated his family had already paid two thousand five hundred ($2,500) USD. MUNOZ-Guzman stated he was transported to a house in Laredo where he remained for a few hours and then taken to an unknown location to board the trailer. MUNOZ-Guzman stated the truck was already running but did not see the driver or the area where they were loaded into the reefer. MUNOZ-Guzman stated as soon as everyone boarded the trailer, the doors were shut, and the tractor trailer began moving. MUNOZ-Guzman stated no stops were made after departing from the unknown location.